[NOT FOR PUBLICATION]
 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 96-2212

 RENALDO ALAN BROWNE,

 Plaintiff, Appellant,

 v.

 OFFICE OF THE SECRETARY OF THE U.S. TREASURY, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Robert B. Collings, U.S. Magistrate Judge] 

 

 Before

 Selya, Circuit Judge, 
 Cyr, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

Renaldo Alan Browne on brief pro se. 

 

 March 27, 1997
 

 Per Curiam. Plaintiff appeals the dismissal of his 

complaint as "frivolous" under former 28 U.S.C. 1915(d)

(now codified at 28 U.S.C. 1915(e)(2)(B)). Reviewing the

dismissal de novo, and upon consideration of plaintiff's 

brief, we see no basis for disagreeing with the magistrate's

reasoning and conclusion. The judgment is affirmed. See 

Loc. R. 27.1.

 -2-